```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:      (209)544-1860

Attorney for Defendant
JOSE MIGUEL LIZARRAGA LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:10-CR-00384-AWI |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) CONTINUING SENTENCING |
| JOSE MIGUEL LIZARRAGA LOPEZ, | ) |
| Defendants. | ) |

    Defendant , JOSE MIGUEL LIZARRAGA LOPEZ, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, YASIN MOHAMMAD, Assistant United States Attorney, hereby stipulate and request the following:

    1.  The sentencing presently set for October 17, 2011 be continued to November 14, 2011, at 9:00 a.m.

    2. Assistant U.S. Attorney is not available on October 17, 2011.

1

Further, the defendant has opted to enter a change of plea with a plea agreement. The parties need additional time to coordinate a Safety Valve debrief with the defendant.

3. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and agree to exclude time from the date of the filing of the order until the date of the Jury Trial.

IT IS SO STIPULATED.

Dated: October 12, 2011　　　　　　/s/ Robert L. Forkner
　　　　　　　　　　　　　　　　　ROBERT L. FORKNER
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　JOSE MIGUEL LIZARRAGA LOPEZ

Dated: October 12, 2011　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　by: /s/ YASIN MOHAMMAD
　　　　　　　　　　　　　　　　　Assistant United States
　　　　　　　　　　　　　　　　　Attorney

```
 1  ROBERT L. FORKNER (CSB# 106697)
    Law Offices of Robert L. Forkner
 2  722 Thirteenth Street
    Modesto, CA 95354
 3  Telephone:      (209)544-0200
 4  Fax:            (209)544-1860

 5  Attorney for Defendant
    JOSE MIGUEL LIZARRAGA LOPEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:10CR-00384-AWI |
|---|---|
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE CHANGE OF PLEA |
| JOSE MIGUEL LIZARRAGA LOPEZ, | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the October 17, 2011 Sentencing be continued to November 14, 2011 at 9:00 a.m. for change of plea. I find that the ends of justice warrant an exclusion of time and the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) from the date of this order to November 14, 2011.

/ / /

/ / /

3

IT IS SO ORDERED.

Dated: October 13, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE